THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT L. MARTIN et al., Appellants.

*People* v. *Martin,* 108 App. Div. 366, appeal dismissed.
(Submitted March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 15, 1905, which affirmed an order of Special Term denying an application for a change of venue.

*Franklin Bien* for appellants.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Appeal dismissed ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.